## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

LANCEY DARNELL RAY   )
          )
   Plaintiff,    )
          )  Case No. CIV-22-823-D
   v.      )
          )
TERRY QUISENBERRY, et al.,  )
          )
   Defendants.   )

### ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin, recommending the dismissal of Plaintiff's action for failure to pay an initial partial filing fee of $69.97. *See* [Doc. No. 7]. Plaintiff filed a timely objection. *See* [Doc. No. 8]. In his objection, Plaintiff alleges that, despite his efforts to timely pay the initial partial filing fee, the party responsible for disbursing the fee has failed to do so.

Having reviewed the Report and Recommendation and Plaintiff's objection, the Court concludes that Plaintiff's initial filing fee must be received by the Clerk of Court on or before January 1, 2023. In the event that the initial filing fee is not received by January 1, 2023, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 8th day of December, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge